# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3440 | **DATE** | August 5, 2010 |
| **CASE TITLE** | Mark H. Johnson (#A-72077) vs. Warden John Doe, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to: (1) add IDOC Director Michael Randle as a Defendant pursuant to the amended complaint, solely for the purpose of identifying the John Doe officials in question; (2) issue summons for service on Randle; and (3) mail Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

■ [**For further details see text below.**]   **Docketing to mail notices.**

## STATEMENT

Plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that the Defendants, officials at the Stateville Correctional Center, violated Plaintiff's constitutional rights by denying him due process and by subjecting him to inhumane conditions of confinement. More specifically, Plaintiff alleges that he was stripped of clothing and personal property and placed in a filthy cell for sixteen days when he simply protested his "illegal" transfer from the Cook County Jail to state custody and asked to speak to a psychologist.

As directed, *see* Minute Order of June 8, 2010, Plaintiff has submitted an amended complaint naming Michael Randle, the Director of the Illinois Department of Corrections, who may be in a position to identify the Stateville Correctional Center officials in question.

The Clerk shall issue summons forthwith for service of the amended complaint. The United States Marshals Service is appointed to serve Defendant Randle. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendant with process. The U.S. Marshal is directed to make all reasonable efforts to serve Defendant Randle. The Marshal is authorized to mail a request for waiver of service to Defendant Randle in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Plaintiff must provide the Court with the original plus a complete judge's copy, **(CONTINUED)**

mjm

**STATEMENT (continued)**

including any exhibits, of every document filed. In addition, Plaintiff must send an exact copy of any court filing to the Defendant [or to defense counsel, once an attorney has entered an appearance on behalf of the Defendant]. Every document filed with the Court must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.